IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GAIL BUCHANAN GREEN,
    Plaintiffs,

v.                                          Civil No.  13-cv-05143

UNITED STATES OF AMERICA,
WILLIAM MAULE, M.D.,
JEFFREY KELLAR, M.D.,
RONALD MULLIS, M.D.,
OZARK SURGICAL ASSOCIATES, LLC,
    Defendants.

MOTION TO SUBSTITUTE THE UNITED STATES FOR THE INDIVIDUAL
NAMED DEFENDANT, WILLIAM MAULE, M.D.

    Comes now the United States of America, on behalf of the federal defendant, William Maule, M.D., by and through Conner Eldridge, United States Attorney, and Claude S. Hawkins, Jr., Assistant United States Attorney, and submits this Motion to Substitute the United States for the federal individual defendant, and states:

    1.    The Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b), 2671 et seq., is the exclusive remedy for torts committed by federal employees acting within the scope of their employment.

    2.    An action against the United States under the FTCA is the exclusive remedy for civil actions seeking money damages against federal employees whose acts give rise to such claims.  28 U.S.C. § 2679(b)(1).

    3.    Upon certification that the federal employee was acting within the scope of his or her employment, the action shall be deemed to be an action against the United States, and the United States is substituted as the defendant.  28 U.S.C. § 2679(d).

4. Plaintiff's complaint alleges that Dr. Maule, M.D., was "an employee or agent of the Veterans Administration Medical Center in Fayetteville, Arkansas ("Fayetteville V.A. Medical Center") and working in the scope of his position and in furtherance of the interests of that facility." Doc. 1, pp. 1-2.

5. The United States Attorney, having certified that William Maule, M.D. was acting within the scope of his duties as an employee of the Veterans Administration Medical Center, the United States should be substituted as the defendant in his place.

7. In support of this motion, attached is a Memorandum Brief, along with the following exhibit:

    a. the Certificate of Scope of Employment as Exhibit #1;

For these reasons and those set forth in the Memorandum Brief in support of this motion, the United States should be substituted as the defendant in place of William Maule, M.D.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: */s/ Claude S. Hawkins, Jr.*
  Claude S. Hawkins, Jr.
Assistant U.S. Attorney
Bar Number 77062
414 Parker Avenue
Fort Smith, AR 72901
Phone: 479-783-5125
Fax: 479-441-0569
Email: claude.hawkins@usdoj.gov

CERTIFICATE OF SERVICE

I, Claude S. Hawkins, Jr., Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that on September 4, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participants:

James Bruce McMath
Charles D. Harrison
Attorneys for Plaintiff

*/s/ Claude S. Hawkins, Jr.*

Claude S. Hawkins, Jr.
Assistant United States Attorney