IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GAIL BUCHANAN GREEN                                                           PLAINTIFF

v.           Civil No. 13-5143

UNITED STATES OF AMERICA;
WILLIAM MAULE, M.D.;
JEFFREY KELLAR, M.D.;
RONALD MULLIS, M.D.;
OZARK SURGICAL ASSOCIATES, LLC                                                DEFENDANTS

O R D E R

Now on this 20th day of September, 2013, comes on for consideration **Motion To Substitute The United States For The Individual Named Defendant, William Maule, M.D.** (document #9), to which there is no objection, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that The United States is hereby substituted in place of William Maule, M.D., as a party defendant in this matter.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE