IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GAIL BUCHANAN GREEN**                                                **PLAINTIFF**

**VS.**                         **CASE NO. 5:13-cv-05143-JLH**

**UNITED STATES OF AMERICA; JEFFREY
KELLAR, M.D.; RONALD MULLIS, M.D.;
and OZARK SURGICAL ASSOCIATES LLC**           **DEFENDANTS**

**FIRST AMENDED COMPLAINT**

      Comes the Plaintiff, Gail Buchanan Green, by and through her attorneys, McMath Woods P.A., and for her First Amended Complaint against Defendants, United States of America, Jeffrey Kellar, M.D., Ronald Mullis, M.D. and Ozark Surgical Associates LLC, states and alleges:

      1.     The plaintiff, Gail Buchanan Green, is a resident of Logan County, Arkansas and was formerly in the United States Army.

      2.     This action is being commenced against defendant United States of America pursuant to the Federal Tort Claims Act ("the Act"), 28 U.S.C. §§ 2671 et seq.  This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1346(b).

      3.     This action is also commenced against defendants Jeffrey Kellar, M.D., Ronald Mullis, M.D., and Ozark Surgical Associates LLC under the law of the State of Arkansas with respect to claims for medical negligence.  Because the claims against these defendants are so closely related to the claim against defendant United States of America, this court has jurisdiction over these defendants and these claims pursuant to its supplemental jurisdiction conferred by 28 U.S.C. § 1367.  The amount in controversy as to each of these defendants is in excess of $75,000.00, the minimum amount for diversity jurisdiction in the federal district courts.

4. At all times material hereto, William Maule, M.D., upon information and belief a resident of the State of Arkansas, was a physician licensed to practice in the State of Arkansas and engaged in the practice of medicine in Washington County, Arkansas. At all times material hereto, Dr. Maule was an employee or agent of the Veterans Healthcare System of the Ozarks ("VHSO") located in Washington County, Arkansas and was working in the scope of his position and in furtherance of the interests of that facility. Defendant United States of America is liable for any and all negligent acts or omissions on the part of Dr. Maule pursuant to the Act and the doctrine of *respondeat superior*.

5. At all times material hereto, defendant Jeffrey Kellar, M.D., was a physician licensed to practice in the State of Arkansas and upon information and belief is a resident of Washington County, Arkansas engaged in the practice of medicine in Washington County, Arkansas. At all times material hereto, defendant Ronald Mullis, M.D., was a physician licensed to practice in the State of Arkansas and upon information and belief is a resident of Washington County, Arkansas engaged in the practice of medicine in Washington County, Arkansas. At all times material hereto, defendants Kellar and Mullis were agents and employees of Defendant Ozark Surgical Associates LLC and were working in furtherance of the interests of that organization, which is vicariously liable for any negligence and/or fault on the part of defendants Kellar and Mullis under the doctrine of *respondeat superior*. The registered agent for service for Defendant Ozark Surgical Associates LLC is Don Meyer, whose address is 1803 Green Acres Road, Fayetteville, Arkansas 72703.

6. All negligence alleged in this complaint occurred in Washington County, Arkansas, and venue is, therefore, proper in this court pursuant to 28 U.S.C. § 1402(b).

7. Plaintiff asserted an administrative claim against the United States Department of Veterans Affairs, but on July 5, 2013 counsel for Plaintiff received a July 2, 2013 letter by

certified mail from the Deputy Assistant General Counsel for the United States Department of Veterans Affairs advising that Plaintiff's claim "is hereby denied."  Accordingly, Plaintiff is authorized to bring this action at this time pursuant to 28 USC § 2675.

8. At all pertinent times Plaintiff has been a patient at the VHSO.

9. In late June or early July of 2012, Plaintiff was diagnosed with an adenocarcinoma following a colonoscopy performed by Dr. Maule, a gastroenterologist working in his capacity as an employee or agent of the VHSO on June 20, 2012.  On July 19, 2012, acting at least in part upon information obtained from Dr. Maule, defendants Kellar and Mullis performed a laparoscopic right colectomy on claimant at the VHSO.

10. Just a few days following this operation, Plaintiff was feeling very ill and not doing well in her recovery.  She returned to the VHSO, where it was discovered that defendants Kellar and Mullis had removed the wrong portion of her colon and a second colectomy was necessary in order to remove the diseased portion of her bowel.  That second surgery was done by defendant Mullis, assisted by Dr. Wayne Hudec, another surgeon affiliated with Ozark Surgical Associates LLC, on July 31, 2012.

11. The July 19, 2012 surgery was mistakenly performed and provided no medical benefit to claimant; in fact, it subjected her to needless pain and discomfort and resulted in the unnecessary loss of a significant portion of healthy bowel.

12. Dr. Maule and defendants Kellar and Mullis, working for or at the direction of the VHSO and in furtherance of its interests, were negligent, at fault, and deviated from the standard of care in the following particulars:

(a) Dr. Maule and defendants Kellar and Mullis were at fault, negligent and deviated from the standard of care in failing to correctly identify, indicate and/or communicate the precise location in Plaintiff's colon of the adenocarcinoma;

(b) Dr. Maule and defendants Kellar and Mullis were at fault, negligent and deviated from the standard of care in failing to ensure that the precise location of the adenocarcinoma had been correctly identified and indicated;

(c) Dr. Maule and defendants Kellar and Mullis were at fault, negligent and deviated from the standard of care in failing to make certain that the diseased portion of claimant's bowel was being removed in that first surgery; and,

(d) Dr. Maule and defendants Kellar and Mullis were at fault, negligent and deviated from the standard of care in failing to provide the level of care, skill and treatment, which in light of all the surrounding circumstances, is recognized as acceptable and appropriate and reasonably prudent by a similar healthcare provider in their fields of specialty in Washington County, Arkansas or similar communities.

13. Nurses and other agents or employees of the VHSO were negligent, at fault, and deviated from the standard of care in the following particulars:

(a) Nurses and other agents or employees of the VHSO were negligent, at fault and deviated from the standard of care in failing to properly identify, designate and confirm on Plaintiff's body the proper site for the July 19, 2012 surgery;

(b) Nurses and other agents or employees of the VHSO were negligent, at fault, and deviated from the standard of care in failing to advise defendants Kellar and Mullis that they were operating on and removing the incorrect portion of Plaintiff's bowel; and,

(c) Nurses and other agents or employees of the VHSO were negligent, at fault, and deviated from the standard of care in failing to provide the level of care, skill and treatment, which in light of all the surrounding circumstances, is recognized as acceptable and appropriate and reasonably prudent by a similar healthcare provider in their fields of specialty in Washington County, Arkansas or similar communities.

14. All of the foregoing failings and omissions were negligent and below the applicable standard of care and were the proximate causes of Plaintiff's injuries and damages set out below.

15. Pursuant to 28 U.S.C. §§ 2671 et seq. and the doctrine of *respondeat superior,* defendant United States of America is liable for any and all negligent acts and omissions of Dr. Maule, as well as those of the nurses and/or staff working at the Fayetteville V.A. Medical Center.

16. Pursuant to the doctrine of *respondeat superior*, defendant Ozark Surgical Associates LLC is vicariously liable for any and all negligent acts and omissions of defendants Kellar and Mullis.

17. As a direct and proximate result of the aforementioned negligent acts, omissions and deviations from the standard of care, Plaintiff has suffered significant and permanent injuries to her body, most notably her colon, and significant and permanent impairment to bodily function.

18. As a direct and proximate result of the aforementioned negligent acts, omissions and deviations from the standard of care, Plaintiff has been injured and suffered the following damages:

    (a) Extensive pain and suffering and mental anguish, past and future;

    (b) Permanent injury and limitation in bodily function;

    (c) Past and future medical expenses; and,

    (d) Visible signs of injury.

WHEREFORE, Plaintiff, Gail Buchanan Green, prays that she recover of and from defendant United States of America damages in the amount of $3,000,000.00, as well as damages in excess of the minimum amount for diversity jurisdiction in the federal district courts

from each of defendants Jeffrey Kellar, M.D., Ronald Mullis, M.D. and Ozark Surgical Associates LLC, her costs herein expended, and all other proper relief.

        Respectfully submitted,

        MCMATH WOODS P.A.
        711 W. Third Street
        Little Rock, Arkansas  72201
        (501) 396-5400
        (501) 374-5118 (fax)

        By:  /s/ James Bruce McMath
                James Bruce McMath  ABN 75090
                bruce@mcmathlaw.com

        And

        By:  /s/  Charles D. Harrison
                Charles D. Harrison  ABN 79082
                charles@mcmathlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to hereby certify that on September 25, 2013, the electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

    Conner Eldridge, US Attorney
    Claude S. Hawkins, Jr. Assistant U. S. Attorney
    414 Parker Avenue
    Fort Smith, Arkansas  72901
    claude.hawkins@usdoj.gov

    Walter B. Cox
    Cox, Cox & Estes, PLLC
    P.O. Box 878
    Fayetteville, AR 72702
    wcox@coxfirm.com

        /s/ Charles D. Harrison
        Charles D. Harrison