IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GAIL BUCHANAN GREEN                                                                        PLAINTIFF

VS.                              CASE NO. 5:13-cv-05143-PKH

UNITED STATES OF AMERICA; JEFFREY
KELLAR, M.D.; RONALD MULLIS, M.D.;
and OZARK SURGICAL ASSOCIATES LLC                                              DEFENDANTS

## STIPULATION OF DISMISSAL

Plaintiff and Defendant United States of America hereby stipulate through counsel that the complaint of Plaintiff, including any and all claims that were raised therein, or might have been raised, against the United States of America should be dismissed with prejudice subject to the terms of the settlement agreement entered into by these parties.

DATED this 7th day of October, 2014.

                                                                  McMATH WOODS P.A.
                                                                  711 W. 3rd Street
                                                                  Little Rock, Arkansas 72201
                                                                  501-396-5400

                                                        By: */s/ Charles D. Harrison*
                                                            Charles D. Harrison  #79082
                                                            charles@mcmathlaw.com


                                                                 CONNER ELDRIDGE
                                                                 UNITED STATES ATTORNEY
                                                                414 Parker Avenue
                                                                Ft. Smith, Arkansas 72901
                                                                479-494-4058

                                                        By: */s/Claude S. Hawkins, Jr.*
                                                            Claude S. Hawkins, Jr.  #77062
                                                            Assistant U. S. Attorney
                                                            claude.hawkins@usdoj.gov