IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GAIL BUCHANAN GREEN**                                                                 PLAINTIFF

NO.  5:13cv-5143

UNITED STATES OF AMERICA, ET AL                                                DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 9th day of October, 2014, the parties hereto having filed a stipulation of dismissal for Defendant United States of America pursuant to Rule 41 (a), Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice as to United States of America only.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  Roxana Guerrero
        Deputy Clerk