IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GAIL BUCHANAN GREEN                                                                  PLAINTIFF

VS.                            CASE NO. 5:13-cv-05143-PKH

JEFFREY KELLAR, M.D., RONALD MULLIS, M.D.,
and OZARK SURGICAL ASSOCIATES, LLC                                          DEFENDANTS

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Jeffrey Kellar, M.D., Ronald Mullis, M.D. and Ozark Surgical Associates, LLC, the remaining parties of record in this cause, stipulate through counsel that the complaint of Plaintiff and the claims asserted against these defendants therein should be dismissed without prejudice to Plaintiff refiling her complaint against these defendants in the Circuit Court of Washington County, Arkansas within one year from the date hereof.

DATED this 10th day of October, 2014.

                                                  McMATH WOODS P.A.
                                                  711 W. 3rd Street
                                                  Little Rock, Arkansas 72201
                                                  501-396-5400

                                                  By: **/s/ Charles D. Harrison**
                                                        Charles D. Harrison  #79082
                                                        charles@mcmathlaw.com


                                                  COX, COX & ESTES, PLLC
                                                  P. O. Box 878
                                                  Fayetteville, Arkansas 72702
                                                  479-251-7900

                                                 By: **/s/Walter B. Cox**
                                                     Walter B. Cox  #66015
                                                   wcox@coxfirm.com