IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GAIL BUCHANAN GREEN**

PLAINTIFF

NO.  5:13CV5143

**JEFFREY KELLAR, M.D., RONALD MULLIS, M.D.,
and OZARK SURGICAL ASSOCIATES, LLC**                         DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 14th day of October, 2014, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  Roxana Guerrero
      Deputy Clerk